**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN FLAMER** | : | **CIVIL ACTION** |
| **v.** | : | |
| **C/O MRS. STACY, et al.** | : | **NO. 02-4345** |

**O R D E R**

AND NOW, this       day of July, 2002, plaintiff having failed to submit a certified copy of his inmate trust fund account statement for the entire six-month period preceding the receipt of his complaint in this Court on June 28, 2002, as required by 28 U.S.C. § 1915,[1] it is hereby ORDERED that:

    1.  Plaintiff's motion to proceed in forma pauperis is DENIED without prejudice; and

    2.  The Clerk shall CLOSE this case statistically.

**BY THE COURT:**

**CLIFFORD SCOTT GREEN, J.**

---

1. Plaintiff must get a certified account statement from any prison in which he was incarcerated during the six-month period from December 28, 2001 to June 28, 2002.  To give plaintiff a clear picture of what the law requires, we attach an outline of filing information.